McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Fax: (916) 554-2900
MARK A. WIN
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (415) 977-8943
Fax: (916) 744-0134

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JUDITH O'HARE,<br><br>    Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security,<br><br>    Defendant. | Case No. 2:06-CV-00325-KJM<br><br>STIPULATION AND ORDER |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings. On remand, the Administrative Law Judge ("ALJ") will be directed to fully address the consultative examination performed by Julian Espino, M.D., in March 2005, and to provide a rationale if it is not accepted. Vocational expert evidence should be obtained if warranted.

1   It is further stipulated that the administrative decision
2  giving rise to this action is hereby vacated and that the Clerk
3  of this Court shall be directed to enter a separate judgment
4  herein, as provided for under Rules 58 and 79(a) of the Federal
5  Rules of Civil Procedure, pursuant to <u>Shalala v. Schaefer</u>, 509
6  U.S. 292, 113 S. Ct. 2625 (1993).
7  / / /
8  / / /
9  / / /

```
        /s/ Henry F. Reynolds
            (As authorized on SEPTEMBER 22, 2006)
        HENRY F. REYNOLDS
        Attorney at Law

        Attorney for Plaintiff



        McGREGOR W. SCOTT
        United States Attorney
        BOBBIE J. MONTOYA
        Assistant U.S. Attorney

By:    /s/ Bobbie J. Montoya for
            (As signed on SEPTEMBER 22, 2006)
        MARK A. WIN
        Special Assistant U.S. Attorney

        Attorneys for Defendant
```

OF COUNSEL:
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
UNITED STATES SOCIAL SECURITY ADMINISTRATION

<u>ORDER</u>

APPROVED AND SO ORDERED.

DATED:   September 26, 2006.

_____
UNITED STATES MAGISTRATE JUDGE