IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUDITH O'HARE,

        Plaintiff,                          CIV S-06-325 KJM

    vs.

MICHAEL J. ASTRUE,                    <u>ORDER</u>
Commissioner of Social Security,

        Defendant.
_____/

        Defendant filed a motion on October 17, 2006 requesting the court amend the minute order issued October 3, 2006 granting plaintiff an extension of time to file a motion for attorneys' fees under 42 U.S.C § 406(b). Defendant does not contest the extension of time but requests the court modify its order directing the Commissioner to notify plaintiff's counsel of any decision made at the administrative level awarding fees to plaintiff. On November 20, 2007, defendant renewed the motion. No opposition has been filed.

/////

/////

/////

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that the October 3, 2006 order is
2  modified as follows:
3  Any motion for approval of attorneys' fees pursuant to 42 U.S.C. § 406 shall be
4  filed within sixty days after receipt by counsel of the notice of final award from the Social
5  Security Administration.
6  DATED:   November 30, 2007.

7
8  006
   ohare.eot
                                                     _____
                                                     U.S. MAGISTRATE JUDGE

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26